IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION


CLARENCE FRANKLIN                                                PLAINTIFF


V.
                        NO. 11-6011

MICHAEL J. ASTRUE,
Commissioner of the Social Security Administration                DEFENDANT


<u>**J U D G M E N T**</u>

For reasons stated in the Memorandum Opinion of this date, the Court hereby affirms the

decision of the ALJ.  **The parties have sixty days from entry of the judgment on the docket**

**in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 7th day of February, 2012.


/s/ *Erin L. Setser*
_____
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE